IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KAREEM YOUNG,                      )
                                   )
     Plaintiff,                    )
                                   )     CIVIL ACTION NO.
     v.                            )        2:15cv255-MHT
                                   )            (WO)
TIFFANY STANBERRY and              )
ADOC,                              )
                                   )
     Defendants.                   )
```

## JUDGMENT

Pursuant to Fed. R. Civ. P. 41(a), it is ORDERED that the plaintiff's motion to dismiss (doc. no. 6) is granted, and that this lawsuit is dismissed in its entirety without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of August, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE